MARGARET BITTING, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. DOUGLAS C. WILLETT, DEFENDANT-PETITIONER.

*Messrs. Taylor, Bischoff, Neutze & Williams* and *Mr. Burchard V. Marlin,* for the petitioner.

*Messrs. Arthur Levy* and *Morrey Lacktman,* for the respondents.

January 18, 1966. Granted.

JEROME B. WITKOWSKI, PETITIONER-RESPONDENT, v. JERED TOOL & MANUFACTURING CO., RESPONDENT-PETITIONER.

*Mr. Isidor Kalisch,* for the petitioner.

*Messrs. Marzulli, Beninati & LaMorle,* for the respondent.

January 18, 1966. Denied.

RENEE CLEANERS, INC., PLAINTIFF-RESPONDENT, v. GOOD DEAL SUPER MARKETS OF N. J., INC., ETC., *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Hellring, Lindeman & Landau,* for the petitioners.

*Messrs. Bracken & Walsh,* for the respondent.

January 18, 1966. Denied.